IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02914-REB-BNB

IRON WORKERS DISTRICT COUNCIL OF TENNESSEE VALLEY & VICINITY PENSION PLAN, Derivatively on behalf of LEVEL 3 COMMUNICATIONS, INC.,

Plaintiff,

v.

JAMES Q. CROWE,
KEVIN J. O'HARA,
SUNIT S. PATEL,
MICHAEL B. YANNEY,
JAMES O. ELLIS, JR.,
RICHARD R. JAROS,
ROBERT E. JULIAN,
ARUN NETRAVALI,
JOHN T. REED,
WALTER SCOTT, JR., and
ALBERT C. YATES,

Defendants,

and

LEVEL 3 COMMUNICATIONS, INC., a Delaware corporation,

Nominal Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Joint Status Report, Proposed Scheduling Order, and Motion for Temporary Stay** [docket no. 43, filed September 13, 2011] (the "Motion").

    IT IS ORDERED that the Motion is DENIED. The Status and Scheduling Conference set for **September 20, 2011, at 9:30 a.m.** will go forward as previously set.

DATED: September 14, 2011